**IT IS ORDERED as set forth below:**



Date: June 13, 2022

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| MARCELLA BISELLO - CHASE, | ) | |
| | ) | Case No. 16-70041-JRS |
| Debtor. | ) | |
| | ) | |
| MARCELLA BISELLO - CHASE, | ) | |
| | ) | Adversary Proceeding |
| Plaintiff, | ) | |
| | ) | Case No. 17-05122-JRS |
| v. | ) | |
| | ) | |
| EVERITT CHASE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the motion of Plaintiff, Marcella Bisello-Chase, to dismiss the above-styled adversary proceeding. Although numerous extensions within which an answer was to be filed have been granted, to date the Defendant, Everitt Chase, has failed to file an answer or otherwise defend the action. Accordingly, the Court finds that dismissal of the matter is appropriate. Accordingly, it is

1

ORDERED that Plaintiff's Motion to Dismiss is Granted and this adversary proceeding is hereby dismissed.

The Clerk is directed to serve a copy of this Order on Plaintiff, Plaintiff's counsel, Defendant, Defendant's counsel, the Chapter 7 Trustee and the United States Trustee.

**END OF DOCUMENT**